FILED: 11/14/2016

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ibtesam Karim Baluch*, <br><br> Plaintiff, <br><br> v. <br><br> *John Kerry*, <br><br> Defendant. | CASE NO. CV 16-1094-GHK (JCx) <br><br> **JUDGMENT** |

Pursuant to the Court's November 14, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 14, 2016

_____
GEORGE H. KING
United States District Judge